No. 88–7207.   CORBIT v. DENLEY.   Sup. Ct. Ala.   Certiorari denied.

No. 88–7208.   PEREZ v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 88–7220.   WARREN v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 88–7256.   BLAIR v. PREECE ET AL.   Sup. Ct. App. W. Va. Certiorari denied.

No. 88–7273.   ADKISSON v. TEXAS.   Ct. App. Tex., 11th Dist. Certiorari denied.

No. 88–7280.   DRESSEL ET AL. v. KANSAS.   Sup. Ct. Kan. Certiorari denied.

No. 88–7289.   WILLIAMSON v. BUCKINGHAM ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–7296.   WYNN v. UNITED STATES ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 88–7317.   CRAFT v. NAGLE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–7320.   IDUWE v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–7321.   JOLLY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 88–7324.   ROBINSON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 88–7326.   BOSLEY v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 88–7328.   FOOTS, AKA HENDERSON v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 88–7331.   WILLIAMS v. NEW YORK ET AL.   C. A. 2d Cir. Certiorari denied.